IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-480-D

UNITED STATES OF AMERICA )
)
v. ) ORDER
)
JONATHAN ALCANTAR HERNANDEZ, )
)
Defendant. )

The court DENIES defendant's motion for reconsideration [D.E. 54].

SO ORDERED. This 14 day of October, 2025.

　　　　　　　　　　　　　　　　　　JAMES C. DEVER III
　　　　　　　　　　　　　　　　　　United States District Judge